

# NUMBER 13-22-00582-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**ROSA PUENTE,**                                                                        **Appellant,**

**v.**

**TOLDOS, L.L.C.,**                                                                      **Appellee.**

## On appeal from the County Court at Law No. 8
## of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Tijerina
### Memorandum Opinion by Justice Longoria

On December 9, 2022, appellant, Rosa Puente, filed a notice of appeal. On December 9, 2022, the Clerk of the Court notified appellant that her notice of appeal was not in compliance with the Texas Rule of Appellant Procedure 25.1(d)(2). On January 13, 2023, the Clerk of the Court again notified appellant that her notice of appeal was not in

compliance with the Texas Rule of Appellant Procedure 25.1(d)(2). Appellant was also advised, if the defect was not corrected within ten days, the appeal would be dismissed. TEX. R. APP. P. 42.3(b), (c). Furthermore, On January 13, 2023, the Clerk of the Court notified appellant that her docketing statement was past due.

Appellant has failed to correct the defect in her notice of appeal and has otherwise not responded to the notices from the clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* 42.3(b), (c).

NORA L. LONGORIA
Justice

Delivered and filed on the
20th day of April, 2023.